UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIAN COAD, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>SEQUENOM, INC., HARRY STYLLI and PAUL HAWRAN, ALLAN BOMBARD, CHARLES R. CANTOR and ELIZABETH DRAGON,<br><br>　　　　　　Defendants. | Case No. 09-cv-00921-LAB-WMC<br><br>**ORDER REGARDING BRIEFING SCHEDULE FOR RESPONSE TO COMPLAINT** |

　　　Plaintiff and Defendants in the above-captioned action submit this proposed schedule to the Court to avoid duplicative effort and to establish a schedule for the filing of a Consolidated Complaint and Defendants' response thereto and to any subsequent related complaints:

　　　1.　　A Consolidated Complaint shall be filed by lead plaintiff within 45 days of the Court's designation of lead plaintiff and lead counsel.

　　　2.　　Defendants shall have 45 days from service of the Consolidated Complaint to respond. Service of Defendants' response to the consolidated complaint, as well as service of the pleadings set forth in items 3 and 4 below, shall be effected by either personal service, email of a .pdf attachment or overnight courier (e.g., Federal Express).

1.

ORDER REGARDING BRIEFING SCHEDULE FOR
RESPONSE TO COMPLAINT
CASE NO. 09-CV-00921-LAB-WMC

3. Lead plaintiff shall have 45 days to file and serve any responsive brief and any papers related thereto, in the event that the defendants file motions or other papers in response to the Consolidated Complaint.

4. Defendants shall have 30 days to file and serve their reply brief and any papers related thereto in support of any motions or other papers defendants file in response to the Consolidated Complaint.

5. Defendants shall have no obligation to answer or otherwise respond to the instant complaint or to other related complaints assigned or transferred to this Court by Notice of Related Case at any time before their response to the Consolidated Complaint is due under this Order.

**IT IS SO ORDERED.**

Dated: May 12, 2009

*[signature]*

**HON. LARRY ALAN BURNS**
United States District Judge

630409 /SD