COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
DANIEL S. DROSMAN (200643)
JOHN J. RICE (140865)
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)
dand@csgrr.com
jrice@csgrr.com

HOLZER, HOLZER & FISTEL, LLC
COREY D. HOLZER
MICHAEL I. FISTEL, JR.
MARSHALL P. DEES
200 Ashford Center North, Suite 300
Atlanta, GA  30338
Telephone:  770/392-0090
770/392-0029 (fax)
cholzer@holzerlaw.com
mfistel@holzerlaw.com
mdees@holzerlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIAN COAD, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>SEQUENOM, INC., et al.,<br><br>　　　　　　　Defendants. | No. 09-cv-00921-LAB(WMc)<br><br><u>CLASS ACTION</u><br><br>NOTICE OF WITHDRAWAL OF PLAINTIFF'S COUNSEL |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

    PLEASE TAKE NOTICE that plaintiff's counsel, Corey D. Holzer, Michael I. Fistel, Jr. and Marshall P. Dees of Holzer Holzer & Fistel, LLC hereby withdraw as counsel for plaintiff in this action. Plaintiff will still be represented by Coughlin Stoia Geller Rudman & Robbins, LLP, and by counsel appointed by this Court pursuant to the Private Securities Litigation Reform Act of 1995. Please remove Holzer Holzer & Fistel, LLC from the docket as counsel of record, along with the above-named attorneys.

DATED:  June 18, 2009

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DANIEL S. DROSMAN
JOHN J. RICE

    s/ DANIEL S. DROSMAN
DANIEL S. DROSMAN

655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

HOLZER, HOLZER & FISTEL, LLC
COREY D. HOLZER
MICHAEL I. FISTEL, JR.
MARSHALL P. DEES
200 Ashford Center North, Suite 300
Atlanta, GA  30338
Telephone:  770/392-0090
770/392-0029 (fax)

Attorneys for Plaintiff

Document1

- 1 -      09-cv-00921-LAB(WMc)

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that on June 18, 2009, I electronically filed the foregoing with the Clerk of |
| 3 | the Court using the CM/ECF system which will send notification of such filing to the e-mail |
| 4 | addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have |
| 5 | mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF |
| 6 | participants indicated on the attached Manual Notice List. |
| 7 | I certify under penalty of perjury under the laws of the United States of America that the |
| 8 | foregoing is true and correct. Executed on June 18, 2009. |

s/ DANIEL S. DROSMAN
DANIEL S. DROSMAN

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  ddrosman@csgrr.com

09-cv-00921-LAB(WMc)

# Mailing Information for a Case 3:09-cv-00984-LAB-WMC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ryan E Blair**
  rblair@cooley.com,kjones@cooley.com

- **Koji F Fukumura**
  kfukumura@cooley.com,chourani@cooley.com

- **William E Grauer**
  wgrauer@cooley.com,hannummc@cooley.com

- **Mary Kathryn Kelley**
  mkkelley@cooley.com,msalas@cooley.com

- **David C Walton**
  davew@lerachlaw.com,hdemag@lerachlaw.com,e_file_sd@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`