```
 1  BRAUN LAW GROUP PC
    MICHAEL D. BRAUN, SBN: 167416
 2  10680 West Pico Boulevard, Suite 280
    Los Angeles, CA  90064
 3  Telephone:      (310) 836-6000
 4  Facsimile:      (310) 836-6010
    e-mail:         service@braunlawgroup.com
 5
    STANLEY, MANDEL & IOLA, L.L.P.
 6  MATTHEW J. ZEVIN, SBN: 170736
 7  525 B Street, Suite 760
    San Diego, CA  92101
 8  Telephone:      (619) 235-5306
    Facsimile:      (815) 377-8419
 9  e-mail:         mzevin@smi-law.com

10  Attorneys for [Proposed] Lead Plaintiff
11  Kelly Marie Flynn
```

## IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIAN COAD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SEQUENOM INC., HARRY STYLLI, PAUL W. HAWRAN, ALLAN BOMBARD, CHARLES R. CANTOR and ELIZABETH DRAGON,<br><br>Defendants. | Case No. 09cv921LAB(WMc)<br><br>**NOTICE OF MOTION AND MOTION TO CONSOLIDATE ALL RELATED ACTIONS AND FOR APPOINTMENT OF KELLY MARIE FLYNN AS LEAD PLAINTIFF**<br><br>DATE:   August 31, 2009<br>TIME:   11:15 a.m.<br>JUDGE:  Honorable Larry Alan Burns<br>DEPT:   9 |
| KELLY MARIE FLYNN, on behalf of herself and those similarly situated<br><br>Plaintiff,<br><br>v.<br><br>SEQUENOM INC., HARRY STYLLI, and PAUL HARWAN,<br><br>Defendants. | Case No. 09cv955LAB(WMc) |

1  TO: ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD

2  PLEASE TAKE NOTICE that on August 31, 2009 at 11:15 a.m., or at such other time as
3  the matter may be heard, in Courtroom 9 of the Honorable Larry Alan Burns, Plaintiff Kelly Marie
4  Flynn ("Flynn") will move this Court, pursuant to the Private Securities Litigation Reform Act of
5  1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), for an Order appointing Flynn as Lead Plaintiff and
6  approving her selection of Stanley, Mandel & Iola, L.L.P. and Braun Law Group PC as Co-Lead
7  Counsel.  This motion is made on the grounds that Flynn is the "most adequate plaintiff" to serve
8  as Lead Plaintiff.  In support of this motion, Flynn submits the Declaration of Matthew J. Zevin
9  and a Memorandum of Points and Authorities.

Respectfully submitted,

DATED: June 30, 2009         STANLEY, MANDEL & IOLA, L.L.P.
                             MATTHEW J. ZEVIN


                              /s/ Matthew J. Zevin
                             MATTHEW J. ZEVIN

                             525 B Street, Suite 760
                             San Diego, CA  92101
                             Telephone:    (619) 235-5306
                             Facsimile:    (815) 377-8419
                             e-mail:       mzevin@smi-law.com

                             BRAUN LAW GROUP PC
                             MICHAEL D. BRAUN
                             10680 West Pico Boulevard, Suite 280
                             Los Angeles, CA  90064
                             Telephone:    (310) 836-6000
                             Facsimile:    (310) 836-6010
                             e-mail:       service@braunlawgroup.com

                             Attorneys for [Proposed] Lead Plaintiff
                             Kelly Marie Flynn