```
 1  JOHNSON BOTTINI, LLP
    Frank J. Johnson (Cal. Bar No. 174882)
 2  frankj@johnsonbottini.com
    Francis A. Bottini Jr. (Cal. Bar No. 175783)
 3  frankb@johnsonbottini.com
    Derek J. Wilson (Cal. Bar No. 250309)
 4  derekw@johnsonbottini.com
    501 W. Broadway, Suite 1720
 5  San Diego, CA  92101
    Tel: (619) 230-0063
 6  Fax: (619) 238-0622

 7  Proposed Liaison Counsel

 8  MOTLEY RICE LLC
    Joseph F. Rice
 9  jrice@motleyrice.com
    Ann K. Ritter
10  aritter@motleyrice.com
    James M. Hughes
11  jhughes@motleyrice.com
    28 Bridgeside Boulevard
12  Mount Pleasant, SC  29464
    Tel: (843) 216-9000
13  Fax: (843) 216-9450

14  Proposed Lead Counsel
```

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SEQUENOM, INC. SECURITIES LITIGATION | Master File No. 3:09-cv-00921-LAB-WMC |
| | **NOTICE OF WITHDRAWAL OF COUNSEL OF RECORD** |
| This Document Relates to:  All Actions | |

1. WHEREAS, on June 30, 2009, KBC Asset Management NV ("KBC") filed a motion seeking to be appointed as Lead Plaintiff and for approval of Motley Rice LLC as Lead Counsel and Johnson Bottini, LLP as Liaison Counsel;

2. WHEREAS, on September 1, 2009, the Court appointed Los Angeles City Employees' Retirement System ("LACERS") Lead Plaintiff and Kaplan Fox & Kilsheimer LLP Lead Counsel;

3. WHEREAS, KBC was provided with notice of Motley Rice LLC's and Johnson Bottini, LLP's intention to withdraw from representing KBC in this case in accordance with Local Rule 83.3(g)(3); and

4. WHEREAS, KBC, as a member of the putative class, will continue to be represented by Court-appointed Lead Counsel Kaplan Fox & Kilsheimer LLP in this matter. NOW THEREFORE, Motley Rice LLC and Johnson Bottini, LLP respectfully submit this Notice of Withdrawal of Counsel of Record.

Dated: November 13, 2009

Respectfully Submitted,

JOHNSON BOTTINI, LLP

By: s/ *Frank J. Johnson*
Frank J. Johnson

frankj@johnsonbottini.com
Francis A. Bottini Jr. (Cal. Bar No. 175783)
frankb@johnsonbottini.com
Derek J. Wilson (Cal. Bar No. 250309)
derekw@johnsonbottini.com
501 W. Broadway, Suite 1720
San Diego, CA 92101
Tel: (619) 230-0063
Fax: (619) 238-0622

*Proposed Liaison Counsel*

```
 1
 2
 3
 4
 5
 6
 7
 8
 ...
25
```

MOTLEY RICE LLC
Joseph F. Rice
jrice@motleyrice.com
Ann K. Ritter
aritter@motleyrice.com
James M. Hughes
jhughes@motleyrice.com
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
Tel: (843) 216-9000
Fax: (843) 216-9450

*Proposed Lead Counsel*