1  JOHNSON BOTTINI, LLP
   Frank J. Johnson (Cal. Bar No. 174882)
2  frankj@johnsonbottini.com
   Francis A. Bottini Jr. (Cal. Bar No. 175783)
3  frankb@johnsonbottini.com
   Derek J. Wilson (Cal. Bar No. 250309)
4  derekw@johnsonbottini.com
   501 W. Broadway, Suite 1720
5  San Diego, CA  92101
   Tel: (619) 230-0063
6  Fax: (619) 238-0622

7  *Proposed Liaison Counsel*

8                    **UNITED STATES DISTRICT COURT**

9                   **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE SEQUENOM, INC. SECURITIES LITIGATION | Master File No. 3:09-cv-00921-LAB-WMC |
| | **PROOF OF SERVICE** |
| This Document Relates to:  All Actions | |

I am employed in the County of San Diego. I am over the age of eighteen (18) years and am not a party to the within entitled action. My business address is 501 W. Broadway, Suite 1720, San Diego, CA 92101.

On November 13, 2009, I served a copy of the following document:

1) **NOTICE OF WITHDRAWAL OF COUNSEL OF RECORD**

☒ **[BY ELECTRONIC ACCESS]** I hereby certify that the foregoing documents were filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties on the electronic service list maintained for this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 13, 2009, at San Diego, California.

/s/ *Frank J. Johnson*
FRANK J. JOHNSON